UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICK WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:15-CV-45-CDP |
| | ) | |
| GEORGE A. LOMBARDI, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on review of the file. John M. Simon of The Simon Law Firm, P.C., has now been appointed to represent plaintiff in this case [Doc. #20]. The Court will grant counsel time to file an amended complaint, and in so doing, he should state the capacity in which the defendants are being sued (i.e., individual and/or official capacities). Plaintiff is reminded that the amended complaint will supersede his previously-filed pleadings and will be the only complaint this Court reviews. In addition, because plaintiff will be filing an amended complaint, the Court will deny as moot defendants' motion to dismiss [Doc. #16].

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff shall file an amended complaint **on or before December 4, 2015**.

**IT IS FURTHER ORDERED** that defendants' motion to dismiss [Doc. #16] is **DENIED as moot, without prejudice.**

Dated this 3rd day of November, 2015.

_____
**UNITED STATES DISTRICT JUDGE**